

# NUMBER 13-25-00025-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE BROTHERS PRODUCE OF DALLAS, INC. D/B/A BROTHERS FOOD SERVICE; BROTHERS PRODUCE OF AUSTIN, INC. D/B/A BROTHERS FOOD SERVICE; AND ANDRES GONZALEZ HERNANDEZ

## ON PETITION FOR WRIT OF MANDAMUS

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices West and Fonseca
Memorandum Opinion by Justice West[1]**

Relators Brothers Produce of Dallas, Inc. d/b/a Brothers Food Service; Brothers Produce of Austin, Inc. d/b/a Brothers Food Service; and Andres Gonzalez Hernandez filed a petition for writ of mandamus asserting that the trial court abused its discretion by

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so. When granting relief, the court must hand down an opinion as in any other case."); *id.* R. 47.4 (distinguishing opinions and memorandum opinions).

granting a motion to consolidate. However, relators have now filed an unopposed motion for dismissal of their petition for writ of mandamus as moot because the trial court has vacated the consolidation order at issue in this original proceeding.

The Court, having examined and fully considered the petition for writ of mandamus, the unopposed motion for dismissal, and the documents on file, is of the opinion that the unopposed motion for dismissal should be granted. *See In re Contract Freighters, Inc.*, 646 S.W.3d 810, 813 (Tex. 2022) (orig. proceeding) (per curiam); *Heckman v. Williamson County*, 369 S.W.3d 137, 162 (Tex. 2012); *In re Kellogg Brown & Root, Inc.*, 166 S.W.3d 732, 737 (Tex. 2005) (orig. proceeding). Accordingly, we grant the unopposed motion for dismissal, and we dismiss this original proceeding as moot.

JON WEST
Justice

Delivered and filed on the
5th day of May, 2025.

2